AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Silver Hyundai bearing Ohio license plate HWL3130,<br>Vehicle Identification Number KMHEC4A45CA055060 | )<br>)<br>)<br>)<br>)<br>) | Case No.　2-20-mj-479 |

## SEARCH AND SEIZURE WARRANT

To:　Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before　*7-27-20*　*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.　☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Chelsey M. Vascura or any Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for __30__ days *(not to exceed 30)*　☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:　*7-13-20 @ 12:08 pm*　　*(Judge's signature)*

City and state:　Columbus, Ohio　　　Chelsey M. Vascura, U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## **ATTACHMENT A**

## **PROPERTY TO BE SEARCHED**

This warrant applies to the vehicle described as a silver Hyundai, bearing

Ohio license plate HWL 3130, VIN KMHEC4A45CA055060.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

1. Any items that could be used for abduction; including but not limited to weapons such as knives, scissors, pliers or wire cutters, tape, masks or hoods, and zip ties.
2. Any items indicative of drug trafficking.
3. Log Books, records, payment receipts, notes, and/or customer lists, ledgers, and other papers relating to the transportation, ordering, purchasing, processing, storage, and distribution of controlled substances.
4. Papers, tickets, notices, credit card receipts, travel receipts, passports, defendant or victim identification, and/or records and other items relating to travel to abduct the victim and/or obtain and distribute narcotics and narcotic proceeds.
5. Cellular telephones(s) and any stored electronic communication stored therein.
6. United States currency, precious metals, jewelry, gold coins, and financial instruments including, but not limited to stocks and bonds, and any drug related or other illicitly acquired monies.
7. Photographs, negatives, videotapes, slides, films, undeveloped film and the contents therein, in particular, photographs of co-conspirators, confidential informants, assets, and/or narcotics.
8. Address and/or telephone books, and any papers reflecting names, addresses, telephone numbers, of co-conspirators, sources of supply, storage facilities, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists.
9. Indicia of occupancy, residency, rental and/or ownership of the premises described in above or vehicles located thereon, including but not limited to utility and telephone bills, cancelled envelopes, keys, deeds, purchase and/or lease agreements, land contracts, titles, and vehicle registrations.
10. To listen, read, review, develop, print, and convert seized electronic media into human readable and viewable form and to make copies or recordings of the data in order to protect and preserve the information.
11. The opening and search and removal, if necessary, of any safe or locked receptacle or compartment, as all or some of the property heretofore may be maintained inside.
12. Firearms and ammunition, including but not limited to handguns, pistols, revolvers, rifles, shotguns, machine guns and other weapons, and any records or receipts pertaining to firearms and ammunition.
13. Any other items which constitute evidence of the crimes of 18 U.S.C. §1201 (Kidnapping); and 18 U.S.C. §924 (c)(1)(A)(ii) (Use of a firearm during the commission of a crime of violence)